The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br>V.<br><br>JOHN ANTHONY AYON | Case Number: 17-CR-000082 KJM<br><br>**ORDER SEALING DEFENDANT'S REQUEST TO SEAL AND COMPETENCY BRIEF** |

Having considered the Defendant's Request to Seal, Competency Brief and accompanying exhibits, Local Rule 141(b) and the considerations set forth in the case of *Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990), THE COURT HEREBY FINDS THAT:

1. Defendant's privacy interest in his mental health evaluations and right to effective assistance of counsel are compelling interests;

2. In the absence of sealing these compelling interests would be harmed; and

1

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore IT IS ORDERED THAT Defendant's Competency Brief and accompanying exhibits, and Request to Seal be filed under seal.

DATED: June 12, 2019.

_____
UNITED STATES DISTRICT JUDGE