UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOHN ANTHONY AYON,<br><br>           Defendant. | No. 2:17CR00082-KJM-02<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOHN ANTHONY AYON;

Case No. 2:17CR00082-KJM-02, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): Time Served.

Issued at Sacramento, California on _____3/29/21_____, at _10:35 a.m._

                                                                       CHIEF UNITED STATES DISTRICT JUDGE