The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>JOHN AYON | Case Number:  2:17-cr-82 KJM<br><br>**FINDINGS AND ORDER SEALING DEFENDANT'S EXHIBIT B** |

    Having considered the Defendant's Request to Seal, Exhibit "B", Local Rule 141(b) and the considerations set forth in the case of *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010).

1

THE COURT HEREBY FINDS THAT:

1. Defendant's need to use Exhibit "B"–his confidential Medical Report and right to effective assistance of counsel are compelling interests;

2. In the absence of sealing these compelling interests would be harmed;

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore IT IS ORDERED THAT Defendant's Exhibit "B" Confidential Medical Report be filed under seal.

DATED: March 31, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE